# Court of Appeals
# of the State of Georgia

ATLANTA, April 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1070. WINBUSH v. DULUTH POLICE DEPT., et al.**

This appeal was docketed on March 2, 2022. Due to an issue with the mail, Appellant was given an extra day beyond the 20-day filing period to file his brief, making his brief and enumeration of errors due to be filed no later than March 23, 2022. Court of Appeals Rules 22 (a) and 23 (a). As of the date of this order, Appellant has not timely filed a brief, and he has not requested an extension of time for filing it. Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/11/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*